**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6838

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEVEN WAYNE BELL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:01-cr-00013-BR-1)

Submitted:  July 22, 2008        Decided:  July 28, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Wayne Bell, Appellant Pro Se.  Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Wayne Bell appeals the district court's order denying his motions for sentence credit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bell, No. 5:01-cr-00013-BR-1 (E.D.N.C. May 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED